IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WINTER, | No. C 09-3187 SI |
| Plaintiff, | **ORDER RE FILING OF EXHIBITS TO COMPLAINT** |
| v. | |
| CHEVY CHASE BANK, *et al.*, | |
| Defendants. / | |

Defendants' motions to dismiss plaintiff's complaint are scheduled for hearing on Friday, October 23, 2009 at 9:00 a.m..

This action was removed from state court, so the only copy of the complaint in the file is the one attached to defendant's removal papers. That copy of the complaint does not include the exhibits referred to in the body of the complaint and (presumably) attached to it, i.e., Ex. 1 (referred to at page 13), Exs. 2-5 (referred to at page 14), Exs. 7-8, 9 and 10 (referred to at page 15), Exs. 11 and 12 (referred to at page 16) and Exs. 13 and 14 (referred to at page 17).

**The parties are directed to e-file, prior to the hearing on October 123, 2009, copies of all exhibits referred to in the complaint.**

**IT IS SO ORDERED.**

Dated: October 22, 2009

SUSAN ILLSTON
United States District Judge