IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WINTER,<br><br>      Plaintiff,<br><br>  v.<br><br>CHEVY CHASE BANK, *et al.*,<br><br>      Defendants.<br>                                        / | No. C 09-3187 SI<br><br>**ORDER REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT** |

Defendants' motions to dismiss plaintiff's first amended complaint are scheduled for a hearing on January 15, 2010. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matters are appropriate for resolution without oral argument and VACATES the hearing.

This case was originally filed in Alameda County Superior Court. Defendants removed this case based on federal question jurisdiction because the complaint alleged claims under federal law. By order filed October 26, 2009, the Court granted defendants' motions to dismiss and granted plaintiff leave to amend. Plaintiff's amended complaint alleges solely state law claims. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the eleven state law claims. This case is in the very early stages of litigation, and the Court finds that it is not in the interest of judicial economy for this case to remain in federal court. Accordingly, the Court REMANDS this case to the Superior Court for the County of Alameda.

**IT IS SO ORDERED.**

Dated: January 11, 2010

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28